LEONARD (DONALD), by guardian *ad litem,* Respondent, vs. BOTTOMLEY and another, Appellants.

*November 11—December 6, 1932.*

For the appellant there was a brief by *Whaley & Paulsen* of Racine, and oral argument by *Vilas H. Whaley.*

For the respondent there was a brief by *Simmons, Walker, Wratten & Sporer* of Racine, and oral argument by *Harold J. Sporer* and *Charles W. Wratten.*

FAIRCHILD, J.   The facts in this case are identical with those in the case of Samuel R. Leonard v. C. E. Bottomley *et al.,* decided herewith (*ante,* p. 411, 245 N. W. 849), and the determination of the questions there rule this case.   The judgment here, as in that case, is modified and affirmed for the same reasons and in the particular therein set forth.

*By the Court.*—So ordered.